# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SANTOS VALENZUELA,<br><br>    Petitioner,<br><br>  v.<br><br>ROSANNE CAMPBELL, Warden,<br><br>    Respondent. | No. CV 07-2669-SVW (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: March 9, 2010

                                      STEVEN V. WILSON
                              UNITED STATES DISTRICT JUDGE